**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3441

WRITER'S DIRECT FACSIMILE
(212) 492-0441

WRITER'S DIRECT E-MAIL ADDRESS
glaufer@paulweiss.com

MATTHEW W. ABBOTT, EDWARD T. ACKERMAN, JACOB A. ADLERSTEIN, JUSTIN ANDERSON, ALLAN J. ARFFA, JONATHAN H. ASHTOR, ROBERT A. ATKINS, SCOTT A. BARSHAY, PAUL M. BASTA, J. STEVEN BAUGHMAN, LYNN B. BAYARD, CRAIG A. BENSON, JOSEPH J. BIAL, BRUCE BIRENBOIM, H. CHRISTOPHER BOEHNING, BRIAN BOLIN, ANGELO BONVINO, ANDRE G. BOUCHARD*, GERALD BRANT, ROBERT A. BRITTON, DAVID W. BROWN, WALTER F. BROWN*, SUSANNA M. BUERGEL, JESSICA S. CAREY, DAVID CARMONA, GEOFFREY R. CHEPIGA, ELLEN N. CHING, WILLIAM A. CLAREMAN, LEWIS R. CLAYTON, YAHONNES CLEARY, JAY COHEN, KELLEY A. CORNISH, CHRISTOPHER J. CUMMINGS, THOMAS V. DE LA BASTIDE III, MEREDITH R. DEARBORN*, ARIEL J. DECKELBAUM, KAREN L. DUNN, ALICE BELISLE EATON, ANDREW J. EHRLICH, GREGORY A. EZRING, ROSS A. FIELDSTON, ANDREW C. FINCH, BRAD J. FINKELSTEIN, BRIAN P. FINNEGAN, ROBERTO FINZI, PETER E. FISCH, HARRIS FISCHMAN, ANDREW J. FOLEY, VICTORIA S. FORRESTER, HARRIS B. FREIDUS, CHRISTOPHER D. FREY, MANUEL S. FREY, ANDREW L. GAINES, KENNETH A. GALLO, MICHAEL E. GERTZMAN, ADAM M. GIVERTZ, SALVATORE GOGLIORMELLA, NEIL GOLDMAN, MATTHEW B. GOLDSTEIN, ROBERTO J. GONZALEZ*, CATHERINE L. GOODALL, CHARLES H. GOOGE, JR., ANDREW G. GORDON, BRIAN S. GRIEVE, UDI GROFMAN, NICHOLAS P. GROOMBRIDGE, BRUCE A. GUTENPLAN, MELINDA HAAG*, ALAN S. HALPERIN, CLAUDIA HAMMERMAN, BRIAN S. HERMANN, JOSHUA HILL JR., MICHELE HIRSHMAN, JARRETT R. HOFFMAN, ROBERT HOLO, DAVID S. HUNTINGTON, AMRAN HUSSEIN, LORETTA A. IPPOLITO, WILLIAM A. ISAACSON*, JAREN JANGHORBANI, BRIAN M. JANSON, JEH C. JOHNSON, BRAD S. KARP, PATRICK N. KARSNITZ, JOHN C. KENNEDY, BRIAN KIM, KYLE J. KIMPLER, JEFFREY L. KOCHIAN, ALEXIA D. KORBERG, ALAN W. KORNBERG, DANIEL J. KRAMER, BRIAN KRAUSE, CAITH KUSHNER, DAVID K. LAKHDHIR, GREGORY F. LAUFER, BRIAN C. LAVIN, XIAOYU GREG LIU, RANDY LUSKEY*, LORETTA E. LYNCH, JEFFREY D. MARELL, MARCO V. MASOTTI, DAVID W. MAYO, ELIZABETH R. MCCOLM, JEAN M. MCLOUGHLIN, ALVARO MEMBRILLERA, MARK F. MENDELSOHN, CLAUDINE MEREDITH-GOUJON, WILLIAM B. MICHAEL, JUDIE NG SHORTELL*, CATHERINE NYARADY, JANE B. O'BRIEN, BRAD R. OKUN, LINDSAY B. PARKS, ANDREW M. PARLEN, DANIELLE C. PENHALL, CHARLES J. PESANT, JESSICA E. PHILLIPS*, AUSTIN S. POLLET*, VALERIE E. RADWANER, JEFFREY J. RECHER, CARL L. REISNER, LORIN L. REISNER, JEANNIE S. RHEE*, WALTER G. RICCIARDI, RICHARD A. ROSEN, ANDREW N. ROSENBERG, JUSTIN ROSENBERG, JACQUELINE P. RUBIN, CHARLES F. "RICK" RULE*, RAPHAEL M. RUSSO, ELIZABETH M. SACKSTEDER, JEFFREY D. SAFERSTEIN, JEFFREY B. SAMUELS, KENNETH M. SCHNEIDER, ROBERT B. SCHUMER, JOHN M. SCOTT, BRIAN SCRIVANI, KYLE T. SEIFRIED, KANNON K. SHANMUGAM*, CULLEN L. SINCLAIR, AUDRA J. SOLOWAY, SCOTT M. SONTAG, SARAH STASNY, TARUN M. STEWART, ERIC ALAN STONE, AIDAN SYNNOTT, BRETTE TANNENBAUM, RICHARD C. TARLOWE, DAVID TARR, MONICA K. THURMOND, DANIEL J. TOAL, LAURA C. TURANO, CONRAD VAN LOGGERENBERG, KRISHNA VEERARAGHAVAN, JEREMY M. VEIT, LIZA M. VELAZQUEZ, MICHAEL VOGEL, RAMY J. WAHBEH, JOHN WEBER, LAWRENCE G. WEE, THEODORE V. WELLS, JR., LINDSEY L. WIERSMA, STEVEN J. WILLIAMS, LAWRENCE I. WITDORCHIC, AUSTIN WITT, MARK B. WLAZLO, ADAM WOLLSTEIN, JULIA TARVER MASON WOOD, JENNIFER H. WU, BETTY YAP*, JORDAN E. YARETT, KAYE N. YOSHINO, TONG YU, TRACEY A. ZACCONE, TAURIE M. ZEITZER, T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

October 25, 2023

<u>Via ECF</u>

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Panini S.p.A.* v. *World Wrestling Entertainment, Inc.*, 1:23-cv-8324-LGS:
Letter Motion to Extend the Deadline for Each Party to File a Letter Regarding the Preliminary Injunction Hearing

Dear Judge Schofield:

We represent World Wrestling Entertainment, LLC (s/h/a World Wrestling Entertainment, Inc.) ("WWE") and are submitting this letter on behalf of both WWE and, with its counsel's consent, Panini S.p.A. ("Panini") to request a brief extension of the Saturday, October 28, 2023 deadline for each party to submit a letter to the Court regarding the preliminary injunction hearing as required by the Court's October 11, 2023 Order (ECF No. 22).

Given that Panini's opposition to WWE's preliminary injunction is due tomorrow, October 26, we believe that a modest extension of the October 28 deadline would enable the parties to provide better informed responses to the Court's questions as set out in October 11 Order. To that end, the parties would request that the October 28 deadline be extended to Wednesday, November 1, 2023. This is the parties' first request for such an extension, which would not affect any other scheduled dates.

Application **GRANTED**. The parties shall file their letters by **November 1, 2023**.

Dated: October 25, 2023
New York, New York

*/s/ Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**